■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JUAN ALMESTICA, Appellant. [781 NYS2d 753]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated November 26, 2001 (*People v Almestica,* 288 AD2d 483 [2001]), affirming a judgment of the County Court, Westchester County, rendered December 21, 1999.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes,* 463 US 745 [1983]; *People v Stultz,* 2 NY3d 277 [2004]). Prudenti, P.J., Ritter, Santucci and H. Miller, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID HERION, Appellant. [781 NYS2d 754]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated October 21, 2002 (*People v Herion,* 298 AD2d 529 [2002]), affirming a judgment of the Supreme Court, Kings County, rendered July 3, 1997.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes,* 463 US 745 [1983]; *People v Stultz,* 2 NY3d 277 [2004]). Prudenti, P.J., Krausman, Schmidt and Cozier, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BENJAMIN HUNTER, Appellant. [781 NYS2d 754]—Application by the appellant for a writ of error coram nobis, in effect, to vacate a judgment of the Supreme Court, Queens County, rendered December 19, 2000, so that he may be resentenced nunc pro tunc and file a notice of appeal, on the ground that his attorney failed to file a notice of appeal.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes,* 463 US 745 [1983]; *People v Stultz,* 2 NY3d 277 [2004]; *People v Bachert,* 69 NY2d 593 [1987]; *People v Montgomery,* 24 NY2d 130 [1969]). Prudenti, P.J., Ritter, Santucci and Altman, JJ., concur.